# Court of Appeals of the State of Georgia

ATLANTA,  September 30, 2022

*The Court of Appeals hereby passes the following order:*

## A23A0264. JIMMY GOODEN, JR. v. THE STATE.

Jimmy Gooden, Jr., was convicted of forcible rape, incest, terroristic threat, and simple battery. He filed a motion for new trial, which the trial court denied, and this Court affirmed his conviction on appeal. *Gooden v. State*, 316 Ga. App. 12 (728 SE2d 693) (2012). Gooden subsequently filed an extraordinary motion for new trial, which the trial court dismissed. Gooden then filed this direct appeal.[1] We lack jurisdiction.

An order denying or dismissing an extraordinary motion for new trial must be appealed by application for discretionary review. See OCGA § 5-6-35 (a) (7); *Balkcom v. State*, 227 Ga. App. 327, 329 (489 SE2d 129) (1997). Gooden's failure to follow the requisite appellate procedure deprives us of jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/30/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[1] Gooden also filed an application for discretionary review of the order on his extraordinary motion for new trial, which has been docketed in this Court as Case No. A23D0048.